FILED
CLERK, U.S. DISTRICT COURT
APR 2 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Sebastian Taraya-Trujillo<br>    Defendant. | CASE NO. CR 14-MJ-836-DUTY<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will not pose a danger to any other person or the community.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will not flee

IT IS ORDERED that defendant be detained.

DATED: 4-28-2014

*[signature]*

~~HONORABLE JAY C. GANDHI~~
UNITED STATES MAGISTRATE JUDGE

**JOHN E. McDERMOTT**